# EXHIBIT A
## SUBJECT PHOTOGRAPHS





# INFRINGING USES



Qualifying EBT and government assistance recipients can get Prime for $5.99 per month
HP 2021 Newest 17z Laptop, 17.3" FHD Display, AMD Ryzen 5 5500U Hexa-Core Processor, 16GB RAM, 512GB PCIe SSD, Online Meeting Ready, HDMI, Wi-Fi, Webcam, Bluetooth, Windows 10 Home, Black
Visit the HP Store
$699.00
Or $41.26 /mo (24 mo). Select from 1 plan
Thank you for being a Prime member. Get $100 off: Pay $599.00 $699.00 upon approval for Prime Visa.
May be available at a lower price from other sellers, potentially without free Prime shipping.
Brand HP
Screen Size 17.3 Inches
Color Black
Hard Disk Size 512 GB
CPU Model AMD R Series
Ram Memory 16 GB
Roll over image to zoom in
Only 12 left in stock - order soon.
Add to Cart
Buy Now
https://www.amazon.com/Lenovo-ThinkPad-Business-i7-1165G7-Fingerprint/dp/B0B94S3Q6N?th=1
These products are selling fast! Check out what's climbing our charts.
Get online quickly. ASUS Chromebook Plus...
$699.99
Shop now
Electronics › Computers & Accessories › Computers & Tablets › Laptops › Traditional Laptops
Lenovo ThinkPad E15 Business Laptop, 15.6" FHD IPS Touch Display, Intel Core i7-1165G7, Intel Iris Xe Graphics, Backlit Keyboard, Fingerprint Reader, WiFi 6, Win11 Pro (16GB RAM | 1TB PCIe SSD)
Visit the Lenovo Store
3.8 15 ratings | Search this page
$1,349.00
Or $61.77 /mo (36 mo). Select from 1 plan
Pay $112.42/month for 12 months, interest-free upon approval for Prime Visa
Capacity: i7-1165G7 Touchscreen
i5-1135G7 Touchscreen
i7-1165G7 Touchscreen
Style: 16GB RAM | 1TB PCIe SSD
16GB RAM | 1TB PCIe SSD
16GB RAM | 512GB PCIe SSD
32GB RAM | 1TB PCIe SSD
Roll over image to zoom in
FREE delivery April 10 - 16.
Or fastest delivery Thursday. Order within 18 hrs 39 mins.
Deliver to Elliot - Los Angeles 90024
Only 17 left in stock - order soon.
Add to Cart
Buy Now
Ships from Oydisen WOWPC
Sold by Oydisen WOWPC
Returns Eligible for Return, Refund or Replacement...
Payment Secure transaction

https://www.newegg.com/p/1XV-0001-02CK2?Item=9SIAU2EJHM5156&cm_sp=product-customeralsob...
newegg
Hello
Select address
Today's Best Deals
PC Builder
Clearance
Best Sellers
Home > Computer Systems > 2-in-1 Laptops > 2-in-1 Lapt
April 2024
April
2
2024
6:18pm Tuesday 2 April 2024
Returns
& Orders
HELP CENTER
Browsing History
Lenovo
IPS Touch Display, Intel Core i7-1165G7, Intel Iris Xe Graphics, Backlit Keyboard, Fingerprint Reader, WiFi 6, Win11 Pro (32GB RAM | 1TB PCIe SSD)
Be the first to review this product...
Ask Or Answer A Question
SHARE
[(Storage & RAM)] Enjoy up to 15x faster performance than a traditional hard drive with 1 TB PCIe NVMe M.2 SSD storage and experience improved multitasking with higher bandwidth thanks to 32 GB of RAM
[(Processor)] 11th Gen Intel Core i7-1165G7 2.80GHz Quad-Core Processor (12MB Intel Smart Cache, up to 4.7GHz)
[(Display)] 15.6" FHD (1920 x 1080) IPS, anti-glare, touchscreen, 300 nits
[(Operating System)] Windows 11 Pro, 64-bit, English
[(Connectivity)] Wi-Fi 6 AX201 802.11AX (2 x 2) and Bluetooth 5.2
Free 30-day Returns
as low as $162/mo with affirm
$278/mo suggested payments with 12-month special financing.
Learn how
ADD TO CART
Sold and shipped by: Chin Master
3.8 (5 total ratings)
Newegg Marketplace Purchase Protection View Details
Deliver to Select delivery location
SPECIAL SHIPPING from United States
ADD TO COMPARE
PRICE ALERT
ADD TO LIST
REPORT A LISTING